IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| DOMINIQUE EMANUEL BELL, | *   CASE NO. PWG-20-293 |
| Defendant | * |

*******

## JOINT STATUS REPORT

On behalf of both parties, the Government provides the following status report. The parties continue to actively discuss possible resolution of this matter. The parties request another two weeks before engaging in further scheduling in this matter.

Respectfully submitted,

Erek L. Barron
United States Attorney

/s/ Joseph R. Baldwin
Joseph R. Baldwin
Assistant United States Attorney